IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Marshall, Tracey

Printed: 12/23/08

Case Number: 07 B 21305
Judge: Wedoff, Eugene R
Filed: 11/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 14, 2008
Confirmed: January 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,779.84 |  |
| Secured: |  | 468.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,481.50 |
| Trustee Fee: |  | 258.51 |
| Other Funds: |  | 571.04 |
| Totals: | 4,779.84 | 4,779.84 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 3,481.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 207.66 | 119.83 |
| 4. | Countrywide Home Loans Inc. | Secured | 10,540.57 | 297.70 |
| 5. | Select Portfolio Servicing | Secured | 1,815.00 | 51.26 |
| 6. | Illinois Dept of Revenue | Priority | 80.97 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 33.42 | 0.00 |
| 8. | Chase Bank | Unsecured | 29.54 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 708.20 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 941.40 | 0.00 |
| 11. | Capital One | Unsecured | 399.37 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 44.84 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 21.22 | 0.00 |
| 14. | Citibank | Unsecured | 35.09 | 0.00 |
| 15. | B-Real LLC | Unsecured | 30.60 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 65.86 | 0.00 |
| 17. | Wells Fargo Ed Fin Servs | Unsecured | 287.15 | 0.00 |
| 18. | Charming Shoppes-Fashion Bug | Unsecured | 28.07 | 0.00 |
| 19. | Triad Financial Services | Secured |  | No Claim Filed |
| 20. | Triad Financial Services | Unsecured |  | No Claim Filed |
| 21. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 23. | University Of Phoenix | Unsecured |  | No Claim Filed |
| 24. | Quad Corporation | Unsecured |  | No Claim Filed |
| 25. | Quad Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,750.46 | $ 3,950.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Marshall, Tracey

Printed: 12/23/08

Case Number:  07 B 21305
Judge:  Wedoff, Eugene R
Filed:  11/14/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 74.76 |
| 6.5% | 183.75 |
| | $ 258.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

